

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00072-CR

Christian William **PFISTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

# O R D E R

On June 30, 2021, this court's opinion dismissing this appeal issued. On July 14, 2021, appellant filed a pro se motion to reinstate the case. Appellant is represented by Susan Schoon. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's motion is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court